```
THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Paul "Yoshi" Moore
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL "YOSHI" MOORE,<br><br>Defendant | Case No.: 2:10-CR-00458-EJG<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:   May 25, 2012<br>Time:  10:00 a.m.<br>Judge:  Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 27, 2012 at 10:00 a.m. is continued to May 25, 2012 at 10:00 a.m.in the same courtroom.  Laurel D. White, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to the continuance.

**IT IS SO STIPULATED.**

DATED: January 24, 2012            By:    /s/  Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Defendant
                                          PAUL "YOSHI" MOORE

DATED: January 24, 2012                   BENJAMIN WAGNER
                                          United States Attorney

                                   By:    /s/ Thomas A. Johnson for
                                          LAUREL D. WHITE
                                          Assistant U.S. Attorney

1 **IT IS SO ORDERED.**

2 Dated: January 24, 2012                                        /s/ Edward J. Garcia

3
                                                                HON. EDWARD J. GARCIA
4                                                               U.S. District Court Judge

5

...

28

STIPULATION AND ORDER          - 2 -