THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Paul "Yoshi" Moore



**FILED**

MAY 1 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>PAUL "YOSHI" MOORE,<br><br>       Defendant | Case No.: 2:10-CR-00458-EJG<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:   October 26, 2012<br>Time:   10:00 a.m.<br>Judge:  Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Judgment and Sentencing scheduled for May 25, 2012, at 10:00 a.m. is continued to

October 26, 2012, at 10:00 a.m. in the same courtroom.   The continuance is requested

because the Probation Officer requested additional time to complete the Pre-Sentence

Report. Laurel White, Assistant United States Attorney, and Thomas A. Johnson,

Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: May 17, 2012         By:   /s/ Thomas A. Johnson
                                  THOMAS A. JOHNSON
                                  Attorney for Defendant
                                  Paul Moore

DATED: May 17, 2012           BENJAMIN B. WAGNER
                                  United States Attorney

                          By:   /s/ Thomas A. Johnson for
                                    Laurel White
                                    Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: _5/18/12_

HON. EDWARD J. GARCIA
U.S. District Court Judge