THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Paul "Yoshi" Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>PAUL "YOSHI" MOORE,<br><br>    Defendant | Case No.: 2:10-CR-00458-WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:  July 22, 2013<br>Time:  9:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 22, 2013, at 9:30 a.m. is continued to July 22, 2013, at 9:30 a.m. in the same courtroom. The continuance is requested because the co-defendant has trial in May 2013 and Defendant needs to be sentenced after the trial is completed. Kyle Reardon, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: January 16, 2013    By:   /s/ Thomas A. Johnson
                                 THOMAS A. JOHNSON
                                 Attorney for Defendant
                                 Paul Moore

DATED: January 16, 2013          BENJAMIN B. WAGNER
                                 United States Attorney

                           By:   /s/ Thomas A. Johnson for
                                 Kyle Reardon
                                 Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: January 16, 2013          [signature]
                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | IN THE UNITED STATES DISTRICT COURT |
| 7 | | FOR THE EASTERN DISTRICT OF CALIFORNIA |

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-00458-WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| vs. |  |
| PAUL "YOSHI" MOORE, | Date: July 22, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |
| Defendant |  |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | July 22, 2013 |
| Reply or Statement | July 15, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | July 8, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | July 1, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 24, 2013 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | June 10, 2013 |