BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
TODD PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00458 WBS |
| Plaintiff, | |
| v. | **ORDER APPOINTING PRIVATE INVESTIGATOR** |
| KEVIN HAWKINS, | |
| Defendant. | |

The parties appeared before the Court on Monday, March 11, 2013, in case number 2:10-CR-00458 WBS. At that time, the pro se defendant made a motion to have a private investigator appointed to assist him in his defense. The defendant sought the specific services of Terri Gunn, of G&G Investigations. Ms. Gunn worked for the defense team during Mr. Hawkins previous trial. The Court granted the defendant's motion, and on March 11, 2013, the Court signed CJA paperwork provided by the Federal Defender's relating to Ms. Gunn.

///

///

///

///

ACCORDINGLY, it is hereby ordered that Terri Gunn shall be appointed as an investigator to assist the defendant in his preparations for trial. Ms. Gunn shall be paid at the standard, court-approved rate, and all requests for payment shall be submitted by Ms. Gunn in accordance with the local rules.

IT IS SO ORDERED.

Dated: March 14, 2013

WILLIAM B. SHUBB
United States District Judge