IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN HAWKINS,

    Defendant.

No. 2:10-cr-0458-03 WBS

<u>ORDER</u>

       The court has received a report from the Pretrial Services Officer recommending that Hawkins' request to be temporarily released to visit his son be denied. The report points out that defendant's son, who is hospitalized at the UC Davis Medical Center in Sacramento following a jet ski accident, currently appears to be alert, and feeling much better. His lung has healed, the chest tube has been removed, and he is not expected to require further surgery. Considering all of the circumstances, including the current condition of his son, Hawkins' request for pretrial release to visit his son is DENIED.

DATED: June 24, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1