1 BENJAMIN B. WAGNER
United States Attorney
2 KYLE REARDON
TODD PICKLES
3 Assistant U.S. Attorney
501 I Street, Suite 10-100
4 Sacramento, CA 95814
(916) 554-2700
5 (916) 554-2900 FAX

6 Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:10-CR-00458 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **MOTION AND [PROPOSED] ORDER SETTING MATTER FOR STATUS CONFERENCE ON JULY 15, 2013** |
| KEVIN HAWKINS, | ) |
| Defendant. | ) |

The United States, by and through the undersigned counsel, hereby asks that this matter be placed on the Court's calendar for July 15, 2013, at 9:30 a.m. On November 16, 2012, the defendant appealed his October 31, 2012 conviction for Witness Tampering in violation of 18 U.S.C. § 1512(b). C.R. 130. The Ninth Circuit processed this appeal on April 9, 2013. C.R. 175. On July 9, 2013, the Ninth Circuit dismissed the defendant's appeal for lack of jurisdiction, and denied all pending motions as moot. C.R. 210.

Accordingly, as the District Court once again has jurisdiction, the United States asks that this matter be placed on the Court's July 15, 2013, calendar for status conference. At this status conference, the United States will ask that the matter be set for trial, and that an appropriate briefing schedule be set for all pretrial motions, and motions-in-limine. The United States also proposes that this status conference address

any discovery issues relating to the in-custody defendant's access to discovery materials, as well as the defendant's June 18, 2013 motion to appoint stand-by counsel.  C.R. 206.

Dated: July 11, 2013                    Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                      United States Attorney

                            By:  */s/ Kyle Reardon*
                                   KYLE REARDON
                                   TODD PICKLES
                                   Assistant U.S. Attorneys

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN HAWKINS,<br><br>Defendant. | CASE NO. 2:10-CR-00458 WBS<br><br>**ORDER SETTING STATUS CONFERENCE FOR JULY 15, 2013** |

The United States' motion is granted. This case will be placed on the Court's July 15, 2013 calendar for status conference at 9:30 a.m.

IT IS SO ORDERED.

Dated: July 12, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE