THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Paul "Yoshi" Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL "YOSHI" MOORE,<br><br>Defendant | Case No.: 2:10-CR-00458-01 WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date: October 21, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for October 21, 2013, at 9:30 a.m. is continued to December 23, 2013, at 9:30 a.m. in the same courtroom. A continuance is requested because Probation has requested additional time to complete the Pre-Sentence Report. Todd Pickles, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: October 17, 2013    By:    /s/ Thomas A. Johnson
                                  THOMAS A. JOHNSON
                                  Attorney for Defendant
                                  Paul Moore

DATED: October 17, 2013           BENJAMIN B. WAGNER
                                  United States Attorney

                           By:    /s/ Thomas A. Johnson for
                                  Todd Pickles
                                  Assistant United States Attorney

1  **IT IS SO ORDERED.**

2  Dated:  October 18, 2013

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>PAUL "YOSHI" MOORE,<br><br>    Defendant | Case No.: 2:10-CR-00458-WBS<br><br>AMENDED PSR SCHEDULE |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | December 23, 2013 |
| Reply or Statement | December 16, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | December 9, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | December 2, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 25, 2013 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | November 4 , 2013 |