| | |
|---|---|
| KEVIN HAWKINS<br>In Pro Se<br>xref 1193578, 4W211A<br>Sacramento County Main Jail<br>651 I Street<br>Sacramento, CA 95819 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>KEVIN HAWKINS,<br>　　　　Defendant. | No.　2:10-CR-0458 JAM<br>**STIPULATION/**~~PROPOSED~~ **ORDER**<br>Date:　November 19, 2013<br>Time:　9:45 a.m.<br>Judge: Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and KEVIN HAWKINS, in pro se, that the status conference of October 29, 2013 be vacated and the matter be set for status conference on November 19, 2013.

　　　The reason for this continuance is to allow the defendant additional time to prepare for the status conference in the event of recent orders regarding his pre-trial motions issued by the previously assigned district judge, to consult with the recently appointed expert, to conduct further investigation, and to otherwise continue defense preparation in the event that the case proceeds to trial. Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 19, 2013 pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon

1

continuity of counsel and defense preparation.

Dated: October 28, 2013    KEVIN HAWKINS

/s/ *Kevin Hawkins*
KEVIN HAWKINS
In Pro Se

Dated: October 28, 2013    BENJAMIN WAGNER
United States Attorney

By:  Kyle Reardon

/s/ *Kyle Reardon*
KYLE REARDON
Assistant United States Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 29, 2013, status conference hearing be continued to November 19, 2013, at 9:45 a.m. Based on the representation of the pro se defendant and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that the time from the date of signing of this order up to and including the November 19, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: October 28, 2013

2

```
                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge
```